**Motion for En Banc Reconsideration Granted and Order filed February 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-01005-CR
NO. 14-15-01006-CR

_____

**NATHAN RAY FOREMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1374837**

## ORDER

Appellant Nathan Ray Foreman filed a motion for en banc reconsideration of this court's opinion. The court has granted en banc reconsideration and the appeal was submitted to the en banc court at oral argument on January 17, 2018.

PER CURIAM

En banc court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell.